# United States Navy-Marine Corps Court of Criminal Appeals

―――――――――――――

**UNITED STATES**
Appellee

**v.**

**Jordan L. RHODES**
Private (E-1), U.S. Marine Corps
Appellant

**No. 201800357**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 5 April 2019.

Military Judges:
Lieutenant Colonel Brian E. Kasprzyk (arraignment);
Lieutenant Colonel Mark D. Sameit (trial).

Sentence adjudged 28 August 2018 by a general court-martial convened at Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence approved by convening authority: confinement for 5 years[1] and a dishonorable discharge.

For Appellant:
*Major James S. Kresge, USMCR.*

For Appellee:
*Brian K. Keller, Esq.*

―――――――――――――

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

―――――――――――――

---

[1]The Convening Authority suspended confinement in excess of 36 months pursuant to a pretrial agreement.

Before HUTCHINSON, TANG, and ATTANASIO,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court